## Charles P. Henderson, Appellee, v. Pennsylvania Railroad Company, Appellant.

### Gen. No. 44,428.

opinion filed October 11, 1949; rehearing denied November 17, 1949; released for publication November 18, 1949. Theodore Schmidt, P. J. Cronin, and Charles F. White, for appellant; Edward J. Fleming, of counsel; James A. Dooley, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.